IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COMTIDE HOLDINGS, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 07-CV-1190 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| BOOTH CREEK MANAGEMENT CORP., | : | Magistrate Judge Terence P. Kemp |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Case. (Doc. 93.) The parties indicate that at mediation on December 28, 2011, the parties reached an agreement to settle this case. The parties further represent that pursuant to the terms of the settlement agreement, time will elapse before financial performance and related terms and conditions of the settlement will be completed. The parties anticipate that settlement performance will have occurred on or before May 31, 2012 and ask this Court to stay this case until June 1, 2012, unless the parties file a stipulated dismissal before then.

For good cause show, this Court **GRANTS** the parties' Joint Motion to Stay the Case and:

1. Vacates the current trial and pretrial dates as set forth in this Court's Order Setting Trial Date and Referring Case to Mediation, (Doc. 91);

2. Stays this matter until June 1, 2012, unless the parties file a stipulated dismissal before then; and

3. Sets a status conference for **June 18, 2012 at 10:30 a.m.**, in the event the settlement is not consummated and this matter reverts to trial.

If the settlement performance has occurred and the parties have filed a stipulated dismissal notice by June 1, 2012, a status conference will be unnecessary.

    **IT IS SO ORDERED.**

                                        /s/Algenon L. Marbley_____
                                        **ALGENON L. MARBLEY**
                                        **United States District Court Judge**

**DATE: February 2, 2012**